NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MEETRIX IP, LLC,**
*Appellant*

**v.**

**ZOHO CORP., ZOHO CORP. PVT., LTD.,**
*Appellees*

———————————

2024-2342, 2024-2343, 2024-2344

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00377, IPR2023-00378, IPR2023-00382.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              MEETRIX IP, LLC v. ZOHO CORP.

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>December 30, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 30, 2024